```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 23868
   ANNETTE R WADE
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1408

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/19/2007 and was not confirmed.

     The case was dismissed without confirmation 02/13/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
CAPITAL ONE                 UNSECURED       1319.03          .00          .00
SELECT PORTFOLIO SERVICI    NOTICE ONLY   NOT FILED          .00          .00
SELECT PORTFOLIO SERVICI    SECURED NOT I      .00           .00          .00
PRO SE DEBTOR               DEBTOR ATTY        .00                        .00
TOM VAUGHN                  TRUSTEE                                       .00
DEBTOR REFUND               REFUND                                        .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                         .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 05/23/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```